UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    )
                                    )          Case No. 13bk18697
    Suburban West Properties, LLC   )
    DBA Baymont Inn & Suites        )          Chapter 11
                                    )
                                    )          Honorable Timothy A. Barnes
        Debtor.                     )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JOHN H. REDFIELD, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED: $ 42,028.00      TOTAL COSTS REQUESTED: $ 499.70
TOTAL FEES REDUCED:    $  4,921.00      TOTAL COSTS REDUCED:   $   0.00
TOTAL FEES ALLOWED:    $ 37,107.00      TOTAL COSTS ALLOWED:   $ 499.70

### TOTAL FEES AND COSTS ALLOWED: $ 37,606.70

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below:

**(1)    Unreasonable Time – TOTAL of disallowed amounts: $  798.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

In this case, counsel submitted time entries in amounts of one hour or more with the only description that the time was spent emailing a document. The Court finds these entries to be unreasonable and has reduced the time for each entry to 0.1 hours, resulting in a disallowance of 2.1 hours.

**(2)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 513.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3)      Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 3,610.00**

The court may penalize counsel for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who bill time using quarter-hour increments risk the ten percent penalty.

In this case, the majority of time entries for drafting of motions and memorandum are presented in half-hour or hour time increments and the majority of time entries for appearances in court are in hour increments. Given the unlikelihood that the time spent drafting and in hearings repeatedly, coincidentally occurred in such increments, the Court concludes that these entries were billed using half-hour or hour increments. As the Court cannot ascertain the extent to which counsel rounded these time entries, the Court has reduced each entry marked as using improper time increments by 0.5 hours to account for such rounding, resulting in a 9.5 hour reduction.

Dated:   7 JAN 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

# EXHIBIT A

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| John H. Redfield | - JHR | 13.60 | $380.00 | $5,168.00 |
| **Total** | | **13.60** | | **$5,168.00** |

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 06/04/13 | Conference w/client re: review state court orders and transcripts and bankruptcy court orders. | JHR | 4.00 | |
| 06/05/13 | Conference w/client re: review of documents, preparation of schedules and contempt case. | JHR | 2.50 | |
| 06/06/13 | Research possession in chapter 11 with half interest in real estate. | JHR | 0.50 | |
| 06/10/13 | Telephone conference with Debbie Levine re: substitution and notice. | JHR | 0.20 | |
| 06/17/13 | Telephone conference w/client 341 meeting, June 18, 2013 hearing and other matters. | JHR | 0.30 | |
| 06/27/13 | Review of monthly report, email to Roman Sukley and review of employee complaint to State of Georgia and pre-petition receipts. | JHR | 0.40 | (2) Lumping |
| 07/03/13 | Drafting of amendment to schedules and debtor executory. | JHR | 0.20 | |
| 07/08/13 | Review of 3 monthly reports - March, April and May 2013 | JHR | 0.20 | |
| 07/23/13 | Email to client re: monthly reports and forms. | JHR | 0.20 | |
| 07/29/13 | Review of monthly operating report. | JHR | 0.20 | |
| 08/12/13 | Telephone conference with Commissioner of Bibb re: claim. | JHR | 0.20 | |
| 08/19/13 | Email to client re: monthly report for July 2013. | JHR | 0.20 | |
| 08/26/13 | Conference with Debra Levine and review of her file re: notice of foreclosure sale. | JHR | 0.60 | |
| 09/13/13 | Review of letter from Georgia Dept. of Labor | JHR | 0.10 | |
| 09/17/13 | Telephone conference w/client re: Georgia tax claim, stay letter to GDOL and phone regarding Baymont. | JHR | 0.40 | |
| 09/23/13 | Email to client re: monthly report. | JHR | 0.10 | |
| | Telephone conference with Reme Williams, Georgia Dept. of Labor re: unemployment tax. | JHR | 0.20 | |

| 10/08/13 | Review of monthly report and email to client re: quarterly fee. | JHR | 0.20 | (2) Lumping |
| 10/21/13 | Conference with Dave Welch re: background of case and future proceedings. | JHR | 0.30 | |
| 11/04/13 | Telephone conference with UST re: motion to withdraw and telephone conference with client and email to Roman Sukley. | JHR | 0.30 | (2) Lumping |
| 11/05/13 | Court appearance re: motion to withdraw and email to Roman Sukley re: status. | JHR | 1.00 | (2) Lumping |
| 11/14/13 | Telephone conference w/client re: motion to withdraw review of monthly report and prepare for filing. | JHR | 0.30 | (2) Lumping |
| 11/19/13 | Court appearance re: motion to withdraw and email to client re: convert or dismiss. | JHR | 1.00 | (2) Lumping |

Total:                                                                            13.60

# EXHIBIT B

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| John H. Redfield | - JHR | 57.80 | $380.00 | $21,964.00 |
| **Total** | | 57.80 | | $21,964.00 |

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 06/06/13 | Research automatic stay and receiver and violation of state court injunction. | JHR | 1.00 | |
| 06/07/13 | Review of April 18, 2013 transcript. | JHR | 0.60 | |
| 06/10/13 | Drafting of motion for contempt and research re: damages. | JHR | 4.00 | (2) Lumping |
| | Research contempt proceeding. | JHR | 0.70 | |
| 06/11/13 | Drafting of motion for contempt with authorities. | JHR | 4.00 | |
| 06/17/13 | Review of state court order and May 3, 2013 transcript. | JHR | 0.50 | |
| 06/18/13 | Court appearance re: motion for contempt, motion to withdraw of Levine and fee examinations. | JHR | 1.00 | |
| 06/19/13 | Review of Judge's order on contempt proceeding and email to client. | JHR | 0.30 | (2) Lumping |
| 06/21/13 | Telephone conference w/client re: preparation of affidavit. | JHR | 0.50 | |
| 06/24/13 | Telephone conference w/client Ken Moore re: damages, etc. | JHR | 0.20 | |
| | Review of letters from Macon Properties and Beach Business. | JHR | 0.20 | |
| 06/25/13 | Drafting of affidavit to contempt motion. | JHR | 2.00 | |
| | Telephone conference w/client re: contempt affidavit. | JHR | 0.20 | |
| 06/26/13 | Drafting of supplement for contempt and research criminal contempt v. civil contempt. | JHR | 2.00 | (2) Lumping |
| | Telephone conference w/client re: monthly report, title and affidavit. | JHR | 0.20 | |
| | Email to Georgia attorney for debtor re: title of real property. | JHR | 0.30 | |
| 06/28/13 | Drafting of supplement to motion for contempt. | JHR | 0.70 | |
| | Drafting of affidavit re: motion for contempt and motion for contempt. | JHR | 1.00 | |

| Date | Description | | | |
|---|---|---|---|---|
| 07/01/13 | Drafting of supplement and affidavit re: motion for contempt | JHR | 2.00 | |
| 07/02/13 | Telephone conference w/client re: damages, turnover complaint, Vorhees documents, etc. | JHR | 0.20 | |
| 07/03/13 | Email to client re: affect of avoidance. | JHR | 0.20 | |
| | Drafting of complaint for turnover. | JHR | 0.50 | |
| 07/08/13 | Drafting of complaint for turnover and avoidance of post-petition transfer | JHR | 1.50 | |
| 07/11/13 | Research re: U.S.C. 549 issues | JHR | 0.70 | |
| | Telephone conference w/client re: franchise agreement, transfers, operations, long term customer | JHR | 0.20 | |
| 07/16/13 | Court appearance re: status hearing. | JHR | 1.00 | |
| | Telephone conference w/client re: status and turnover complaint and lawsuit v. partner. | JHR | 0.20 | |
| 07/17/13 | Drafting of turnover and avoidance complaint with editing. | JHR | 1.00 | |
| 07/25/13 | Telephone conference w/client re: motion to extend, transcript due on sale and monthly reports. | JHR | 0.40 | |
| 07/29/13 | Review of transcript dated March 1, 2013 re; due on sale clause. | JHR | 0.20 | (2) Lumping |
| | Email to client re: extension motion and damage to hotel. | JHR | 0.30 | |
| | Telephone conference w/client re: extension, hearing for August 20, 2013 transcript, fiduciary duty breach by Usman. | JHR | 0.30 | |
| 07/30/13 | Telephone conference with Usman's attorney. | JHR | 0.20 | |
| 07/31/13 | Review of March 1, 2013 transcript. | JHR | 0.30 | |
| | Court appearance re: motion to extend time by Beach Business, Macon. | JHR | 1.00 | |
| | Telephone conference w/client re: court, receiver response and other matters. | JHR | 0.30 | |
| 08/05/13 | Review of response of Receiver including numerous exhibits. | JHR | 1.00 | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Telephone conference w/client re: Kennedy response; offer to settle. | JHR | 0.60 |  |
| 08/06/13 | Telephone conference w/client response to Receiver and 3/1/2013 transcript. | JHR | 0.50 | (2) Lumping |
|  | Review of transcript (3/1/13) and documents thereto. | JHR | 0.70 |  |
| 08/08/13 | Email to Beverly Berneman re: settlement offer of $750,000. | JHR | 0.50 |  |
| 08/09/13 | Research void transfer and criminal v. civil contempt. | JHR | 1.00 |  |
|  | Telephone conference w/client conversation with client re: offer to sell. | JHR | 0.30 |  |
|  | Email to attorney for Baymont re; automatic stay violations. | JHR | 0.40 |  |
|  | Email to Brennan re: offer to sell details. | JHR | 0.40 |  |
| 08/12/13 | Drafting of reply to Receiver's response. | JHR | 2.50 | (3) Improper increments |
| 08/14/13 | Drafting of reply to Receiver's response. | JHR | 2.00 | (3) Improper increments |
| 08/21/13 | Drafting of reply to response of Receiver. | JHR | 0.50 | (3) Improper increments |
| 08/22/13 | Drafting of reply to Beach Business Bank. | JHR | 2.50 | (3) Improper increments |
|  | Telephone conference w/client re: sanction, response. | JHR | 0.30 |  |
|  | Review of sanction letter. | JHR | 0.10 |  |
| 08/23/13 | Drafting of reply to BBB and reply to Macon. | JHR | 3.50 | (3) Improper increments |
| 08/26/13 | Drafting of rely to BBB and reply to Macon. | JHR | 3.00 | (3) Improper increments |
|  | Email to client re: May 7, 2013 sale and phone client. | JHR | 0.30 | (2) Lumping |
| 08/29/13 | Review of motion for sur-reply. | JHR | 0.30 |  |
|  | Telephone conference w/client re: sur-reply | JHR | 0.30 |  |
| 09/03/13 | Preparation for Court re: hearing on motion for contempt, adversary complaint and motion to dismiss. | JHR | 1.00 |  |
| 09/04/13 | Court appearance re: hearing in court on contempt, dismissal and stay relief and meeting with client. | JHR | 1.80 | (2) Lumping |
| 09/09/13 | Research Reading Wellness case. | JHR | 1.50 |  |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of sanction letter from Kennedy and email to client. | JHR | 0.30 | (2) Lumping |
| 09/10/13 | Telephone conference w/client sanctions letter from Beach Business and Macon Group and other matters. | JHR | 0.20 | |
| 09/23/13 | Review of memoranda of Beach and Macon. | JHR | 0.40 | |
| 10/02/13 | Court appearance re: arguing motions before the court. | JHR | 1.00 | (3) Improper increments |
|  | Preparation for Court : organizing pleadings and preparing argument. | JHR | 1.00 | (3) Improper increments |

Total:                                                                57.80

# EXHIBIT C

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| John H. Redfield | - JHR | 19.40 | $380.00 | $7,372.00 |
| **Total** | | **19.40** | | **$7,372.00** |

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 06/24/13 | Telephone conference with attorney for Baymont re: franchise agreement and Macon Group. | JHR | 0.30 | |
| | Telephone conference w/client re: phone call with Baymont regarding turnover of property. | JHR | 0.30 | |
| 06/25/13 | Review of certificate of indebtedness re: Receiver and franchise agreement. | JHR | 0.30 | |
| | Drafting of supplement to motion with authority. | JHR | 2.00 | (3) Improper increments |
| 07/11/13 | Drafting of two count complaint for turnover and post-petition avoidance | JHR | 1.50 | (3) Improper increments |
| | Telephone conference w/client re: Baymont reports, records from Vorhies Levin and turnover | JHR | 0.30 | |
| 07/12/13 | Email to client re: damages and franchise | JHR | 0.20 | |
| 07/17/13 | Telephone conference w/client re: Baymont System default by Receiver and cure. | JHR | 0.20 | |
| 08/12/13 | Review of motion for relief by Franchise. | JHR | 0.50 | |
| 08/19/13 | Telephone conference w/client re: reply to Kennedy, response, Macon and motion of Baymont. | JHR | 0.30 | |
| 08/20/13 | Court appearance re: motion of franchiser for relief from stay. | JHR | 1.50 | |
| | Telephone conference w/client re: results in court and responses to BBB, Macon and Baymont. | JHR | 0.30 | |
| | Drafting of response to motion. | JHR | 0.50 | (3) Improper increments |
| 08/28/13 | Drafting of response to motion to modify;the automatic stay filed by Baymont over paragraph 3. | JHR | 3.00 | (3) Improper increments |
| 08/29/13 | Email to attorney for Baymont and review of its letter. | JHR | 0.30 | (2) Lumping |
| 09/09/13 | Email to Baymont's attorney re: insurance. | JHR | 0.20 | |
| 09/10/13 | Court appearance re: argument on Baymont's motion to modify. | JHR | 1.30 | |
| | Email re: Baymont motion result and (relief from stay); phone client. | JHR | 0.30 | (2) Lumping |

| 09/12/13 | Drafting of motion to compel Macon to produce insurance and order. | JHR | 1.20 | |
| 09/18/13 | Email motion and order to reconsider stay modification by Baymont. | JHR | 1.30 | (1) Unreasonable time |
| 09/19/13 | Drafting of motion and order to reconsider re: insurance.    *Same issue w/ drafting entries.* | JHR | 1.00 | (3) Improper increments |
| 09/24/13 | Review of response to Macon re: insurance. | JHR | 0.20 | |
| | Court appearance re: motion to reconsider and compel insurance. | JHR | 1.00 | (3) Improper increments |
| 09/27/13 | Email to Baymont re: premature notice and email to client re: Baymont's causes of action. | JHR | 0.50 | |
| 10/07/13 | Telephone conference w/client re: Baymont issue regarding termination letter. | JHR | 0.40 | |
| 10/14/13 | Email to client re: Baymont situation and notice. | JHR | 0.30 | |
| 10/16/13 | Telephone conference w/client re: Baymont situation and condition of hotel | JHR | 0.20 | |

Total:                                                                                                                    19.40

# EXHIBIT D

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| John H. Redfield | - JHR | 10.80 | $380.00 | $4,104.00 |
| **Total** | | **10.80** | | **$4,104.00** |

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 08/13/13 | Drafting of response and reviewing 5/15/2013 transcript. | JHR | 2.50 | (3) Improper increments |
| 08/15/13 | Review of motion to dismiss by Macon. | JHR | 0.20 | |
| 08/16/13 | Drafting of response to Macon's motion to dismiss. | JHR | 1.00 | (3) Improper increments |
| 08/19/13 | Research serial LLCs in Illinois and drafting response to Macon's motion. | JHR | 1.50 | |
| | Review of market analysis done by Hotel's assets. | JHR | 0.30 | |
| 08/21/13 | Drafting of response to motion to dismiss of Macon. | JHR | 1.00 | (3) Improper increments |
| 08/27/13 | Drafting of supplement re: certificate of good standing. | JHR | 0.30 | |
| 09/06/13 | Research series LLC and certificate of designation. | JHR | 0.40 | |
| | Telephone conference with Francisco Connell re: insurance. | JHR | 3.00 | |
| 09/10/13 | Review of certificate of designation and phone with transactional attorney. | JHR | 0.30 | Lumping |
| | Drafting of supplemental exhibit to response to motion to dismiss. | JHR | 0.30 | |
| Total: | | | 10.80 | |

# EXHIBIT E

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| John H. Redfield | - JHR | 7.00 | $380.00 | $2,660.00 |
| **Total** | | **7.00** | | **$2,660.00** |

| DATE | COMMENT | ATTY | HOURS | |
|------|---------|------|-------|---|
| 09/11/13 | Review of Ortiz case on subject matter jurisdiction. | JHR | 0.50 | |
| 09/13/13 | Drafting of memorandum of law re: Ortiz Marshall and wellness | JHR | 2.50 | (3) Improper increments |
| 09/16/13 | Drafting of Brief re: subject matter jurisdiction | JHR | 1.00 | (3) Improper increments |
| 09/17/13 | Drafting of memorandum regarding jurisdiction. | JHR | 1.00 | (3) Improper increments |
| 09/18/13 | Email memorandum of subject matter jurisdiction. | JHR | 1.00 | (1) Unreasonable time |
| 09/19/13 | Drafting of memorandum in support of subject matter jurisdiction. | JHR | 1.00 | (3) Improper increments |

Total:                                                                   7.00

# EXHIBIT F

| Attorney | | Hours | Rate | Total |
|---|---|---|---|---|
| John H. Redfield | - JHR | 2.00 | $380.00 | $760.00 |
| **Total** | | **2.00** | | **$760.00** |

| DATE | COMMENT | ATTY | HOURS |
|------|---------|------|-------|
| 11/21/13 | Drafting of fee application. | JHR | 2.00 |
| Total: | | | 2.00 |

# EXHIBIT G

# EXPENSES

## Postage

| Date | Description | Amount |
|------|-------------|-------:|
| 6/11/13 | Motion for Contempt Sanctions | $74.32 |
| 7/2/13 | Supplement to Motion for Contempt | 26.28 |
| 7/19/13 | Complaint and Summons to Macon and Beach Business | 26.42 |
| 8/21/13 | Response to Macon | 24.48 |
| 8/22/13 | Amended Exhibit 4 to Response to Macon Motion to Dismiss | .66 |
| 8/22/13 | Reply to Response to Statement of John Flanders Kennedy | 1.32 |
| 8/26/13 | 1) Reply to Macon; and 2) Reply to Beach Business Bank | 5.44 |
| 9/13/13 | Compel Proof of Insurance | .66 |
| 9/13/13 | Amended Notice of Motion | 1.32 |
| 9/19/13 | Motion to Reconsider | 1.32 |
| 9/20/13 | Memo re: Juris | 4.32 |
| 10/24/13 | Motion to Withdraw | 48.16 |

**Total Postage**                                                                **$210.70**

## Miscellaneous

| Date | Description | Amount |
|------|-------------|-------:|
| 7/19/13 | Filing Fees - Complaint | $293.00 |
| 11/21/13 | In-house copying (2,890 copies @ $.10/copy) | 289.00 |

**Total Miscellaneous**                                                           **$582.00**

Sub Total Expenses:                                                               **$792.70**

Less expense reimbursement received re filing fee for
Adversary Complaint:                                                              ($293.00)

TOTAL EXPENSES:                                                                   $499.70